749 P.2d 1011

STATE of Idaho, Plaintiff–Respondent,

v.

Brenda Sue GARZA,
Defendant–Appellant.

No. 16976.

Supreme Court of Idaho.

Feb. 4, 1988.

Tway Law Offices, Boise, for appellant. William J. Tway argued.

Jim Jones, Atty. Gen. and Lynn E. Thomas, Sol. Gen. (argued), Boise, for respondent.

THERON W. WARD, Judge, Pro Tem: *

The Court having read and considered the briefs and having heard oral argument, has now ascertained that the order entered granting the Attorney General's petition for review of the judgment of the Court of Appeals was improvidently granted, and that order is hereby rescinded.

BAKES, BISTLINE and HUNTLEY, JJ., and McFADDEN, J. (retired),** concur.

* Hon. Theron W. Ward, District Judge of the Fifth Judicial District (retired), sitting by designation of the Court.